[No. 44404-6-II.  Division Two.  April 14, 2015.]

WOODS VIEW II, LLC, ET AL., *Appellants*, v. KITSAP COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-11450-9, Susan Serko, J., entered December 21, 2012. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ. Now published at 188 Wn. App. 1.

[No. 44866-1-II.  Division Two.  April 14, 2015.]

THE STATE OF WASHINGTON, *Respondent* v. COURTNIE DANIELLE CROSBY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00846-1, Ronald E. Culpepper, J., entered May 3, 2013. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Sutton, JJ.

[No. 45296-1-II.  Division Two.  April 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. NAKIA L. OTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-01482-2, James J. Stonier, J. Pro Tem., entered August 12, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Lee and Melnick, JJ.